**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-1383**

───────────

CHARLES H. ROANE,

                              Plaintiff - Appellant,

        versus

WASHINGTON COUNTY HOSPITAL; A. F. ABDULLAH,

                              Defendants - Appellees,

LIBERTY MUTUAL INSURANCE COMPANY,

                                        Movant.

───────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Catherine C. Blake, District Judge.  (CA-
98-3191-CCB)

───────────

Submitted:  August 30, 2002      Decided:  September 20, 2002

───────────

Before NIEMEYER, WILLIAMS, and MICHAEL, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Mark A. Cronin, CRONIN & SCARDINO, Fort Washington, Pennsylvania;
Kevin M. Fitzpatrick, LAW OFFICE OF KEVIN M. FITZPATRICK, P.C.,
Fairfax, Virginia, for Appellant.  Michael I. Joseph, ADELMAN,
SHEFF & SMITH, L.L.C., Rockville, Maryland; Conrad W. Varner,
VARNER & GOUNDRY, Frederick, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles H. Roane appeals the district court's order denying his motion to reopen his medical malpractice action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Roane v. Washington County Hosp.</u>, No. CA-98-3191-CCB (D. Md. Mar. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>